UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMAR DAHIR,

                Plaintiff,

  v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C14-1285 TSZ-BAT

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 22, to which no objection was timely filed, does hereby find and **ORDER**:

1) The Court **ADOPTS** the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 11th day of March, 2015.

                                        /s/ Thomas S. Zilly
                                        THOMAS S. ZILLY
                                        United States District Judge